UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| YAYA JALLOW,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL DANTE SALERNO, et al.,<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Action No. 26-12754-ADB |

ORDER

BURROUGHS, D.J.

The motion to appeal in forma pauperis is DENIED because Jallow's appeal is frivolous.

Under the federal in forma pauperis statute, "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). Regardless of any subjective good faith on the part of the appellant, "good faith" within the meaning of 28 U.S.C. § 1915(a)(3) is only demonstrated when a litigant seeks "appellate review of any issue not frivolous." Coppedge v. United States, 369 U.S. 438, 445 (1962). An issue is frivolous if "no reasonable person could suppose [it] to have any merit." Lee v. Clinton, 209 F.3d 1025, 1026 (7th Cir. 2000).

Here, Jallow's appeal is patently frivolous because this Court has not entered any order over which the First Circuit could exercise its jurisdiction. Congress has given federal appellate courts "jurisdiction of appeals from all final decisions of the district courts of the United States," 28 U.S.C. § 1291, and certain interlocutory orders, see 28 U.S.C. § 1292(a)-(b). When Jallow

filed his notice of appeal on September 28, 2026, the Court had not entered any order in this case.[1]

The Clerk shall transmit a copy of this order to the United States Court of Appeals for the First Circuit.

IT IS SO ORDERED.

November 9, 2026

/s/ Allison D. Burroughs
ALLISON D. BURROUGHS
U.S. DISTRICT JUDGE

[1] Since that time, the Court has entered an order granting Jallow's motion to file electronically. [Doc. No. 14]. Summonses have not issued pending resolution of the filing fee and a preliminary review of the complaint.